**DLA PIPER LLP (US)**
Richard F. Hans
Richard A. Chesley
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Richard.Hans@dlapiper.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com

*Counsel to Fundación Rafael Dondé, I.A.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MIAMI METALS I, INC., *et al.*, | Case No. 18-13359 (SHL) |
| Debtors. | (Jointly Administered) |
| | Related to ECF No. 1217 |

## NOTICE OF APPEAL

Fundación Rafael Dondé, I.A.P. (the "Foundation"), by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) and Rule 8003(a) of the Federal Rules of Bankruptcy Procedure the *Order Granting Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief* (the "Order"), dated June 28, 2019 [ECF No. 1217], a true and correct copy of which is attached hereto as Exhibit A, granting *Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundaction Rafael Donde I.A.P., and (IV) for Related Relief* [ECF No. 1003].

WEST\286389702.2

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

### Appellant

Fundación Rafael Dondé, I.A.P.

**DLA PIPER LLP (US)**
Richard F. Hans
Richard A. Chesley
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501

### Appellee

Miami Metals I, Inc., et al.

**AKERMAN LLP**
John E. Mitchell
Yelena Archiyan
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley
Joanne Gelfand
Katherine C. Fackler
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

[*Remainder of page intentionally left blank*]

Dated: New York, New York
June 28, 2019

**DLA PIPER LLP (US)**

<u>/s/       Richard F. Hans          </u>
Richard F. Hans
Richard A. Chesley
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Richard.Hans@dlapiper.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com

*Counsel to Fundación Rafael Dondé, I.A.P*