**DLA PIPER LLP (US)**
Richard F. Hans
Richard A. Chesley
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Richard.Hans@dlapiper.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com

Counsel to Fundación Rafael Dondé, I.A.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MIAMI METALS I, INC., et al., | Case No. 18-13359 (SHL) |
| Debtors. | (Jointly Administered) |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES**
**BY APPELLANT**
**FUNDACIÓN RAFAEL DONDÉ, I.A.P.**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), Fundación Rafael Dondé, I.A.P. (the "Foundation") designates the following parts of the record[1] and states the following issues for its appeal of the bankruptcy court's *Order Granting Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief* dated June 28, 2019 [ECF No. 1217] (the "Order"):

---

[1] All documents designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

WEST/286767040

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE
## RECORD ON APPEAL[2]

| Docket Number | Document Name | Date Filed |
|---|---|---|
| ECF No. 1[3] | Voluntary Petition for Non-Individuals Filing for Bankruptcy | November 21, 2018 |
| ECF No. 205 | Notice of Appearance and Demand for Service of Papers | November 28, 2018 |
| ECF No. 227 | Fundación Rafael Dondé, I.A.P.'s Limited Objection, Joinder and Reservation of Rights Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief | November 29, 2018 |
| ECF No. 232 | Certificate of Service | November 30, 2018 |
| ECF No. 239 | Order Directing Joint Administration of Additional Related Chapter 11 Cases | December 4, 2018 |
| ECF No. 307 | Debtors' Expedited Motion for Authority to Settle Compromises Pursuant to Bankruptcy Rule 9019 (RTMM Product Settlement) | December 14, 2018 |
| ECF No. 354 | Transcript regarding Hearing Held on 12/14/2018 at 3:06 pm RE: Status conference re: cash-collateral objections (CourtCall approved) | December 18, 2018 |
| ECF No. 374 | Notice of Presentment of Order Approving RTMM Product Settlement with Fundación Rafael Dondé, I.A.P. | January 4, 2019 |
| ECF No. 395 | Order Approving Uniform Procedures for Resolution of Ownership Disputes | January 11, 2019 |
| ECF No. 398 | Order Approving RTMM Product Settlement with Fundación Rafael Dondé, I.A.P. | January 11, 2019 |

---

[2] The Foundation expressly reserves the right to supplement the record on appeal and to adopt the designation of any items counter-designated by the Appellee.

[3] Case No. 18-13644 (SHL).  All other "ECF No." designations are to the lead case docket, Case No. 18-13359 (SHL).

| Docket Number | Document Name | Date Filed |
|---|---|---|
| ECF No. 454 | Customer Statement of Fundación Rafael Dondé, I.A.P. in Accordance With the Order Approving Uniform Procedures for Resolution of Ownership Disputes | January 18, 2019 |
| ECF No. 455 | Certificate of Service | January 18, 2019 |
| ECF No. 648 | Debtors' Omnibus Response to Customer Statements Pursuant to the Order Approving Uniform Procedures for Resolution of Ownership Disputes | February 19, 2019 |
| ECF No. 758 | Supplemental Customer Statement of Fundación Rafael Dondé, I.A.P. in Accordance with the Order Approving Uniform Procedures for Resolution of Ownership Disputes | March 11, 2019 |
| ECF No. 913 | First Amended Order Approving Uniform Procedures for Resolution of Ownership Disputes | April 15, 2019 |
| ECF No. 1003 | Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundaction Rafael Donde I.A.P., and (IV) for Related Relief | May 3, 2019 |
| ECF No. 1004 | Ex Parte Motion to Shorten Time of Notice Period for Hearing on Debtors' Emergency Motion (i) to Enforce Automatic Stay against Fundacion Rafael Donde I.A.P., (ii) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (iii) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P. and (iv) For Related Relief | May 3, 2019 |
| ECF No. 1008 | Objection of Fundación Rafael Dondé, I.A.P. to Debtors' Ex-Parte Motion for an Order Shortening Notice Period for Hearing on Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundación Rafael Dondé I.A.P., (II) to Hold Fundación Rafael Dondé I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against | May 5, 2019 |

| Docket Number | Document Name | Date Filed |
|---|---|---|
|  | Fundación Rafael Dondé I.A.P. and (IV) for Related Relief |  |
| ECF No. 1012 | Order Granting Ex Parte Motion to Shorten Time of Notice Period for Hearing on Debtors' Emergency Motion (i) to Enforce Automatic Stay against Fundacion Rafael Donde I.A.P., (ii) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (iii) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P. and (iv) For Related Relief | May 6, 2019 |
| ECF No. 1016 | Certificate of Service | May 6, 2019 |
| ECF No. 1033 | Declaration of Rachel Ehrlich Albanese in Support of Objection of Fundación Rafael Dondé, I.A.P. to Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundaction Rafael Donde I.A.P., and (IV) for Related Relief | May 13, 2019 |
| ECF No. 1034 | Declaration of Alejandro Jaimes Gutierrez in Support of Objection of Fundación Rafael Dondé, I.A.P. to Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundaction Rafael Donde I.A.P., and (IV) for Related Relief | May 13, 2019 |
| ECF No. 1035 | Objection of Fundación Rafael Dondé, I.A.P. to Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundaction Rafael Donde I.A.P., and (IV) for Related Relief | May 13, 2019 |
| ECF No. 1037 | Declaration of Ricardo Morales Paredes in Support of Objection of Fundación Rafael Dondé, I.A.P. to Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael | May 13, 2019 |

| Docket Number | Document Name | Date Filed |
|---|---|---|
| | Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundaction Rafael Donde I.A.P., and (IV) for Related Relief | |
| ECF No. 1072 | Declaration of Alejandro Catala Guerrero Pursuant to Federal Rule of Civil Procedure 44.1 | May 15, 2019 |
| ECF No. 1073 | Reply in Support of Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief | May 15, 2019 |
| ECF No. 1082 | Ex Parte Motion of Fundación Rafael Dondé, I.A.P. for Entry of an Order Granting Leave to File the Sur-Reply and Supplemental Declaration | May 17, 2019 |
| ECF No. 1085 | Debtors' Objection to Ex Parte Motion of Fundación Rafael Dondé, I.A.P. for Entry of an Order Granting Leave to File the Sur-Reply and Supplemental Declaration | May 17, 2019 |
| ECF No. 1110 | Transcript regarding Hearing Held on 05/13/2019 at 2:07 pm RE: (Via CourtCall) SCHEDULING CONFERENCE Re: Doc. #1003 Emergency motion to impose automatic stay and to enforce automatic stay and motion to punish for contempt of court and motion for sanctions for violation of automatic stay against Fundacion Rafael Donde I.A.P. and for related relief | May 17, 2019 |
| ECF No. 1114 | Certificate of Service | May 21, 2019 |
| ECF No. 1134 | Notice of Telephonic Hearing for Ruling on Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief and Responses Thereto | May 29, 2019 |

| Docket Number | Document Name | Date Filed |
| --- | --- | --- |
| ECF No. 1146 | Transcript regarding Hearing Held on 05/30/2019 at 1:38 pm RE: BENCH DECISION: Doc #1003 Emergency Motion to Impose Automatic Stay and to Enforce Automatic Stay, and Motion to Punish for Contempt of Court, and Motion for Sanctions for Violations of Automatic Stay Against Fundacion Rafael Donde I.A.P. and for Related Relief (CourtCall Approved) | May 30, 2019 |
| ECF No. 1196 | Second Amended Order Approving Uniform Procedures for Resolution of Ownership Disputes | June 14, 2019 |
| ECF No. 1217 | Order Granting Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief | June 28, 2019 |
| ECF No. 1223 | Notice of Appeal | June 28, 2019 |

**STATEMENT OF ISSUES ON APPEAL**[4]

1. Whether the bankruptcy court committed reversible error or abused its discretion in granting the above-captioned debtors' (the "Debtors") motion for sanctions[5] against the Foundation.

2. Whether the bankruptcy court committed reversible error or abused its discretion in finding that the Foundation violated the Uniform Procedures Order.

3. Whether the bankruptcy court erred in finding that the Foundation's commencement of a criminal action under Mexican law was an effort to collect on a debt or to

---

[4] The Foundation reserves the right to amend this statement of issues to the extent permitted by applicable law.
[5] Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundaction Rafael Donde I.A.P., and (IV) for Related Relief [ECF No. 1003].

determine ownership of certain assets rather than the enforcement of fundamental rights under Mexican law.

4. Whether the bankruptcy court erred in finding that Mexican law was not relevant in determining the nature of the Foundation's commencement and perfection of the criminal action under Mexican law.

5. Whether the bankruptcy court committed reversible error or abused its discretion in finding that the Uniform Procedures Order took precedence over Mexican criminal law.

6. Whether the bankruptcy court committed reversible error or abused its discretion in finding that the Debtors satisfied their burden of proof in support of the motion for sanctions, even though the Debtors submitted only a single letter in support of the motion for sanctions.

7. Whether the bankruptcy court committed reversible error or abused its discretion in not considering the criminal law exception to the automatic stay set forth in section 362(b)(1) of the Bankruptcy Code.

8. Whether the Foundation's commencement and perfection of a criminal complaint in accordance with Mexican law was (a) permissible within the criminal law exception to the automatic stay in section 362(b)(1) of the Bankruptcy Code, and (b) if so, whether the bankruptcy court erred in finding that the Foundation violated the automatic stay.

9. Whether the bankruptcy court erred in in failing to grant the Foundation's request for relief from the automatic stay and/or annulment of any violations of the automatic stay to the extent it applied.

10. Whether the bankruptcy court erred in *sua sponte* extending the Order's applicability to non-Debtors Jason Rubin and Joseph Liberman.

11.     Whether the bankruptcy court erred in denying the Foundation leave to file a sur-reply after the Debtors submitted new evidence with their reply.

12.     Whether the bankruptcy court's findings of facts in relation to the Order were clearly erroneous.


Dated: New York, New York
       July 11, 2019

**DLA PIPER LLP (US)**

/s/ *Richard F. Hans*　　　
Richard F. Hans
Richard A. Chesley
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Richard.Hans@dlapiper.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com

Counsel to Fundación Rafael Dondé, I.A.P