**SealedDoc, MEGA, CLMAGT, FeeDueAP, PENAP, Lead, APPEAL**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 18−13359−shl

*Assigned to:* Judge Sean H. Lane
Chapter 11
Voluntary
Asset

*Date filed:* 11/02/2018
*341 meeting:* 01/23/2019
*Deadline for filing claims:* 04/12/2019

*Debtor*
**Miami Metals I, Inc.,** *et al.*
15 West 47th Street
Suites 206 and 209
New York, NY 10036
NEW YORK−NY
Tax ID / EIN: 65−0853194

represented by **Yelena Archiyan**
Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201
214−720−4339
Email: yelena.archiyan@akerman.com

**Susan F. Balaschak**
Akerman Senterfitt LLP
666 Fifth Avenue
20th Floor
New York, NY 10103
(212)880−3845
Fax : (212)880−8965
Email: susan.balaschak@akerman.com

**Mary Katherine Fackler**
Akerman LLP
50 N Laura St
Ste 3100
Jacksonville, FL 32202
904−598−8610
Email: katherine.fackler@akerman.com

**Joanne Gelfand**
Akerman LLP
98 SE 7 Street
Ste 1100
Miami, FL 33131
305−374−5600
Fax : 305−374−5095
Email: joanne.gelfand@akerman.com

**John Mitchell**
Akerman LLP
2001 Ross Ave.
Suite 3600
Dallas, TX 75201
214−720−4344
Email: john.mitchell@akerman.com

*U.S. Trustee*
**United States Trustee**

represented by **Shannon Anne Scott**
Office of the U.S. Trustee

| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>(212) 510–0500 | 201 Varick Street<br>Sute 1006<br>New York, NY 10014<br>(212) 510–0500<br>Fax : (212) 668–2255<br>Email: shannon.scott2@usdoj.gov |

*Claims and Noticing Agent*
**Donlin, Recano & Company, Inc. Claims Agent**
6201 15th Avenue
www.donlinrecano.com
Brooklyn, NY 11219
(212) 481–1411

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 11/02/2018 | | 1 | Chapter 11 Voluntary Petition for Non–Individual. Order for Relief Entered. Chapter 11 Plan due by 3/4/2019, Disclosure Statement due by 3/4/2019, Initial Case Conference due by 12/3/2018, Filed by Susan F. Balaschak of Akerman Senterfitt LLP on behalf of Republic Metals Refining Corporation. (Balaschak, Susan) (Entered: 11/02/2018) |
| 11/28/2018 | | 205 | Notice of Appearance *and Demand for Service of Papers* filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 11/28/2018) |
| 11/29/2018 | | 227 | Objection to Motion */ Fundacion Rafael **Donde**, I.A.P.'s Limited Objection, Joinder and Reservation of Rights Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief* (related document(s)78, 10) filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Attachments: # 1 Exhibit A) (Albanese, Rachel) Modified on 11/30/2018 (Richards, Beverly). (Entered: 11/29/2018) |
| 11/30/2018 | | 232 | Certificate of Service (related document(s)227) Filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 11/30/2018) |
| 12/04/2018 | | 239 | Order Signed On 12/4/2018, Directing Joint Administration Of Additional Related Chapter 11 Cases. (Related Doc # 173) (Ebanks, Liza) (Entered: 12/04/2018) |
| 12/14/2018 | | 307 | Motion to Approve Compromise *for Authority to Settle Compromises Pursuant to Bankruptcy Rule 9019 (on expedited basis) (Exh. A–Proposed Order)* filed by Mary Katherine Fackler on behalf of J & L Republic LLC, R & R Metals, LLC, RMC Diamonds, LLC, RMC2, LLC, Republic Carbon Company, LLC, Republic High Tech Metals, LLC, Republic Metals Corporation, Republic Metals Refining Corporation, Republic Metals Trading (Shanghai) Co. Ltd., Republic Trans Mexico Metals, S.R.L. with hearing to be held on 12/19/2018 at 11:00 AM at Courtroom 701 (SHL) Responses due by 12/17/2018,. (Fackler, Mary) (Entered: 12/14/2018) |
| 12/18/2018 | | 354 | Transcript regarding Hearing Held on 12/14/2018 at 3:06 pm RE: Status conference re: cash–collateral objections (CourtCall approved) Status conference re: procedures for adjudication of creditor reclamation rights |

| | | | |
|---|---|---|---|
| | | | (CourtCall approved) Status conference re: procedures for adjudication of objections to Debtors' motion to sell property of the estate free and clear of all liens, claims, and encumbrances (CourtCall approved)...et al. Remote electronic access to the transcript is restricted until 3/18/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/26/2018. Statement of Redaction Request Due By 1/8/2019. Redacted Transcript Submission Due By 1/18/2019. Transcript access will be restricted through 3/18/2019. (Lewis, Tenille) (Entered: 12/21/2018) |
| 01/04/2019 | | 374 | Notice of Presentment *of Order Approving RTMM Product Settlement with Fundacion Rafael Donde, I.A.P. (Attachment–Proposed Order)* (related document(s)307, 371) filed by Mary Katherine Fackler on behalf of J & L Republic LLC, R & R Metals, LLC, RMC Diamonds, LLC, RMC2, LLC, Republic Carbon Company, LLC, Republic High Tech Metals, LLC, Republic Metals Corporation, Republic Metals Refining Corporation, Republic Metals Trading (Shanghai) Co. Ltd., Republic Trans Mexico Metals, S.R.L.. with presentment to be held on 1/11/2019 at 11:00 AM at Courtroom 701 (SHL) Objections due by 1/11/2019, (Fackler, Mary) (Entered: 01/04/2019) |
| 01/11/2019 | | 395 | Order Signed On 1/11/2019, Approving Uniform Procedures For Resolution Of Ownership Disputes. With EVIDENTIARY HEARING To Be Held On 5/20/2019 at 10:00 AM And 5/21/2019 at 10:00 at Courtroom 701 (SHL) (Ebanks, Liza) (Entered: 01/11/2019) |
| 01/11/2019 | | 398 | Order Signed On 1/11/2019, Approving RTMM Product Settlement With Fundacion Rafael Donde, I.A.P. (related document(s)374, 371) (Ebanks, Liza) (Entered: 01/11/2019) |
| 01/18/2019 | | 454 | Statement */ Customer Statement of Fundacion Rafael Donde, I.A.P. in Accordance with the Order Approving Uniform Procedures for Resolution of Ownership Disputes* filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 01/18/2019) |
| 01/18/2019 | | 455 | Certificate of Service (related document(s)454) Filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 01/18/2019) |
| 02/19/2019 | | 648 | Omnibus Response to Motion */ Customer Statements Pursuant to the Order Approving Uniform Procedures for Resolution of Ownership Disputes* filed by Joanne Gelfand on behalf of Republic Metals Refining Corporation. (Attachments: # 1 Exhibit A – Schedule of Customer Statements # 2 Exhibit B – Debtors' Standard Terms and General Operating Conditions # 3 Exhibit C – Schedule of Form of Contract # 4 Exhibit D – Schedule Describing Status of Assets) (Gelfand, Joanne) (Entered: 02/19/2019) |
| 03/11/2019 | | 758 | Statement *Supplemental Customer Statement of Fundacion Rafael Donde, I.A.P. In Accordance for Resolution of Ownership Disputes* (related document(s)637, 54, 227, 10, 454, 648, 277, 373, 78, 395) filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 03/11/2019) |
| 04/15/2019 | | 913 | First Amended Order Signed On 4/15/2019, Approving Uniform Procedures For Resolution Of Ownership Disputes. With Status |

| | | | |
|---|---|---|---|
| | | | Conference to be held on 4/25/2019 at 10:30 AM at Courtroom 701 (SHL) (related document(s)883) (Ebanks, Liza) (Entered: 04/15/2019) |
| 05/03/2019 | | 1003 | Emergency Motion to Impose Automatic Stay *and to Enforce Automatic Stay*, and, Motion to Punish for Contempt *of Court,*, and, Motion for Sanctions for Violation of Automatic Stay *against Fundacion Rafael Donde I.A.P. and for Related Relief* (related document(s)454, 758, 648, 374, 417, 398, 395) filed by John Mitchell on behalf of J & L Republic LLC, Miami Metals I, Inc., R & R Metals, LLC, RMC Diamonds, LLC, RMC2, LLC, Republic Carbon Company, LLC, Republic High Tech Metals, LLC, Republic Metals Corporation, Republic Metals Trading (Shanghai) Co. Ltd., Republic Trans Mexico Metals, S.R.L.. (Mitchell, John) (Entered: 05/03/2019) |
| 05/03/2019 | | 1004 | Ex Parte Motion to Shorten Time *of Notice Period for Hearing on Debtors' Emergency Motion (i) to Enforce Automatic Stay against Fundacion Rafael Donde I.A.P., (ii) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (iii) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P. and (iv) For Related Relief (Exh. A−Proposed Order)* (related document(s)1003) filed by John Mitchell on behalf of J & L Republic LLC, Miami Metals I, Inc., R & R Metals, LLC, RMC Diamonds, LLC, RMC2, LLC, Republic Carbon Company, LLC, Republic High Tech Metals, LLC, Republic Metals Corporation, Republic Metals Trading (Shanghai) Co. Ltd., Republic Trans Mexico Metals, S.R.L. with hearing to be held on 5/15/2019 at 02:00 PM at Courtroom 701 (SHL) Responses due by 5/8/2019,. (Mitchell, John) (Entered: 05/03/2019) |
| 05/05/2019 | | 1008 | Objection to Motion */ Objection of Fundacion Rafael Donde, I.A.P. to Debtors' Ex−Parte Motion for an Order Shortening Notice Period for Hearing on Debtors' Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) To Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P. and (IV) for Related Relief* (related document(s)1004) filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 05/05/2019) |
| 05/06/2019 | | 1012 | Order Signed On 5/6/2019, Granting Debtors' Ex−Parte Motion For An Order Shortening Notice Period For Hearing On Debtors' Emergency Motion (I) To Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) TO Hold Fundacion Rafael Donde I.A.P. In Contempt Of Court, (III) For An Award Of Sanctions Against Fundacion Rafael Donde I.A.P. And (IV) For Related Relief. With Hearing To Be Held On 5/15/2019 at 02:00 PM at Courtroom 701 (SHL)(Related Doc # 1004) (Ebanks, Liza) (Entered: 05/06/2019) |
| 05/06/2019 | | 1016 | Certificate of Service (related document(s)1008) Filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 05/06/2019) |
| 05/13/2019 | | 1033 | Declaration *of Rachel Ehrlich Albanese In Support of Objection Of Fundacion Rafael Donde, I.A.P. To Debtors Emergency Motion (I) To Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) To Hold Fundacion Rafael Donde I.A.P. In Contempt Of Court, (III) For An Award Of Sanctions Against Fundacion Rafael Donde I.A.P., And (IV) For Related Relief* filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Attachments: # 1 Exhibit 1) (Albanese, Rachel) (Entered: 05/13/2019) |

| | | | |
|---|---|---|---|
| 05/13/2019 | | 1034 | Declaration *of Alejandro Jaimes Gutierrez In Support of Objection of Fundacion Rafael Donde, I.A.P. to Debtors Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief* filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Attachments: # 1 Exhibit 1 – 2) (Albanese, Rachel) (Entered: 05/13/2019) |
| 05/13/2019 | | 1035 | Objection to Motion */ Objection of Fundacion Rafael Donde, I.A.P. to Debtors Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief* (related document(s)1003) filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 05/13/2019) |
| 05/13/2019 | | 1037 | Declaration *of Ricardo Morales Paredes In Support of Objection of Fundacion Rafael Donde, I.A.P. to Debtors Emergency Motion (I) to Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (III) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (IV) for Related Relief* filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Attachments: # 1 Exhibit 1) (Albanese, Rachel) (Entered: 05/13/2019) |
| 05/15/2019 | | 1072 | Declaration *of Alejandro Catala Guerrero Pursuant to Federal Rule of Civil Procedure 44.1* (related document(s)1003) filed by John Mitchell on behalf of J & L Republic LLC, Miami Metals I, Inc., R & R Metals, LLC, RMC2, LLC, Republic Carbon Company, LLC, Republic High Tech Metals, LLC, Republic Metals Corporation, Republic Metals Trading (Shanghai) Co. Ltd., Republic Trans Mexico Metals, S.R.L.. (Mitchell, John) (Entered: 05/15/2019) |
| 05/15/2019 | | 1073 | Reply to Motion *Reply in Support of Debtors' Emergency Motion to (i) Enforce Automatic State Against Fundacion Rafael Donde I.A.P., (ii) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (iii) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (iv) for Related Relief* (related document(s)1003) filed by John Mitchell on behalf of Miami Metals I, Inc.. (Mitchell, John) (Entered: 05/15/2019) |
| 05/17/2019 | | 1082 | Application for Ex Parte Relief */ Ex Parte Motion of Fundacion Rafael Donde, I.A.P. for Entry of an Order Granting Leave to File the Sur–Reply and Supplemental Declaration* (related document(s)1004, 1035, 1034, 1012, 1072, 1037, 1073, 1033) filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Albanese, Rachel) (Entered: 05/17/2019) |
| 05/17/2019 | | 1085 | Objection *to Ex Parte Motion of Fundacion Rafael Donde, I.A.P. for Entry of an Order Granting Leave to File the Sur–Reply and Supplemental Declaration* (related document(s)1082) filed by John Mitchell on behalf of J & L Republic LLC, Miami Metals I, Inc., R & R Metals, LLC, RMC Diamonds, LLC, RMC2, LLC, Republic Carbon Company, LLC, Republic High Tech Metals, LLC, Republic Metals Corporation, Republic Metals Trading (Shanghai) Co. Ltd., Republic Trans Mexico Metals, S.R.L.. (Mitchell, John) (Entered: 05/17/2019) |
| 05/17/2019 | | 1110 | Transcript regarding Hearing Held on 05/13/2019 at 2:07 pm RE: (Via CourtCall) SCHEDULING CONFERENCE Re: Doc. #1003 |

| | | | |
|---|---|---|---|
| | | | Emergency motion to impose automatic stay and to enforce automatic stay and motion to punish for contempt of court and motion for sanctions for violation of automatic stay against Fundacion Rafael Donde I.A.P. and for related relief.. Remote electronic access to the transcript is restricted until 8/15/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/24/2019. Statement of Redaction Request Due By 6/7/2019. Redacted Transcript Submission Due By 6/17/2019. Transcript access will be restricted through 8/15/2019. (Lewis, Tenille) (Entered: 05/20/2019) |
| 05/21/2019 | | 1114 | Certificate of Service (related document(s)1082) Filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 05/21/2019) |
| 05/29/2019 | | 1134 | Notice of Hearing *(Telephonic) for Ruling on Debtors' Emergency Motion to (i) Enforce Automatic State Against Fundacion Rafael Donde I.A.P., (ii) to Hold Fundacion Rafael Donde I.A.P. in Contempt of Court, (iii) for an Award of Sanctions Against Fundacion Rafael Donde I.A.P., and (iv) for Related Relief and Responses Thereto* (related document(s)1035, 1034, 1072, 1003, 1037, 1073, 1033) filed by John Mitchell on behalf of J & L Republic LLC, Miami Metals I, Inc., R & R Metals, LLC, RMC Diamonds, LLC, RMC2, LLC, Republic Carbon Company, LLC, Republic High Tech Metals, LLC, Republic Metals Corporation, Republic Metals Trading (Shanghai) Co. Ltd., Republic Trans Mexico Metals, S.R.L.. with hearing to be held on 5/30/2019 at 01:30 PM at Courtroom 701 (SHL) (Mitchell, John) (Entered: 05/29/2019) |
| 05/30/2019 | | 1146 | Transcript regarding Hearing Held on 05/30/2019 at 1:38 pm RE: BENCH DECISION: Doc #1003 Emergency Motion to Impose Automatic Stay and to Enforce Automatic Stay, and Motion to Punish for Contempt of Court, and Motion for Sanctions for Violations of Automatic Stay Against Fundacion Rafael Donde I.A.P. and for Related Relief (CourtCall Approved). Remote electronic access to the transcript is restricted until 8/28/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/6/2019. Statement of Redaction Request Due By 6/20/2019. Redacted Transcript Submission Due By 7/1/2019. Transcript access will be restricted through 8/28/2019. (Lewis, Tenille) (Entered: 05/31/2019) |
| 06/14/2019 | | 1196 | Second Amended Order Signed On 6/14/2019, Approving Uniform Procedures For Resolution Of Ownership Disputes. (related document(s)1056, 1191) (Ebanks, Liza) (Entered: 06/14/2019) |
| 06/28/2019 | | 1217 | Order Signed On 6/28/2019, Granting Debtors' Emergency Motion (I) To Enforce Automatic Stay Against Fundacion Rafael Donde I.A.P., (II) To Hold Fundacion Rafael Donde I.A.P. In Contempt Of Court, (III) For An Award Of Sanctions Against Fundacion Rafael Donde I.A.P., And (IV) For Related Relief. (Related Doc # 1003 , 1082]) (Ebanks, Liza) (Entered: 06/28/2019) |
| 06/28/2019 | | 1223 | Notice of Appeal (related document(s)1217) filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Attachments: # 1 Exhibit A)(Albanese, Rachel) (Entered: 06/28/2019) |

| | | | |
|---|---|---|---|
| 06/28/2019 | | 1224 | Motion for Stay Pending Appeal filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P. with hearing to be held on 8/1/2019 at 11:00 AM at Courtroom 701 (SHL) Responses due by 7/25/2019,. (Attachments: # 1 Exhibit A) (Albanese, Rachel) (Entered: 06/28/2019) |
| 07/11/2019 | | 1241 | Designation of Contents (appellant). – *Designation of Record and Statement of Issues by Appellant Fundacin Rafael Dond, I.A.P.* (related document(s)1223, 1217) filed by Rachel Ehrlich Albanese on behalf of Fundacion Rafael Donde, I.A.P.. (Albanese, Rachel) (Entered: 07/11/2019) |