**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MIAMI METALS I, INC., *et al.*,<br><br>                      Appellees.<br><br>FUNDACIÓN RAFAEL DONDÉ, I.A.P, *et al.,*<br><br>                      Appellant,<br><br>    v.<br><br>MIAMI METALS I, INC., *et al.*,<br><br>                      Appellees. | Civil Case No. 1:19-cv--06610 (KPF)<br><br>Lead Bankruptcy Case No. 18-13359 (SHL)<br><br>**ORDER APPROVING SECOND STIPULATION SETTING APPELLATE BRIEFING SCHEDULE** |

Upon the Second Stipulation (the "Stipulation")[1] of the above-captioned debtors (the "Debtors" or "Appellees"), on the one hand, and Fundación Rafael Dondé, I.A.P. (the "Foundation" or "Appellant"), on the other, for entry of an order setting certain appellate briefing deadlines; and as set forth in the Scheduling Order and Bankruptcy Rule 8018; it appearing that notice of the Second Stipulation is sufficient under the circumstances, and that no other or further notice need be provided; and upon and after due deliberation and cause appearing;

**IT IS HEREBY ORDERED THAT:**

      1.        The briefing deadlines set forth in the Scheduling Order, First Stipulation, and Bankruptcy Rule 8018 are hereby modified as follows:

- The Appellees' response brief shall be filed and served by January 10, 2020.
- The Appellant's reply brief shall be filed by February 7, 2020.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

2. The Second Stipulation is without prejudice to any further request to extend these deadlines by further stipulation or motion.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: New York, New York
November 20, 2019

*Katherine Polk Failla*
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE