**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MIAMI METALS I, INC., *et al.*,<br><br>            Appellee.<br><br>FUNDACIÓN RAFAEL DONDÉ, I.A.P, *et al.,*<br><br>            Appellant,<br><br>    v.<br><br>DONNA LIEBERMAN, in her capacity as Trustee of the Miami Metals Litigation Trust,<br><br>            Appellee. | Civil Case No. 1:19-cv--06610 (KPF)<br><br>Lead Bankruptcy Case No. 18-13359 (SHL)<br><br>**ORDER APPROVING FOURTH STIPULATION SETTING APPELLATE BRIEFING SCHEDULE** |

Upon the Fourth Stipulation (the "Stipulation")[1] between Donna Lieberman, in her capacity as the trustee (the "Trustee" or "Appellee") of the Miami Metals Litigation Trust (the "Trust"), the successor-in-interest to the above captioned debtors (the "Debtors"), and Fundación Rafael Dondé, I.A.P. (the "Foundation" or "Appellant") for entry of an order setting certain appellate briefing deadlines; and as set forth in the Scheduling Order and Bankruptcy Rule 8018; it appearing that notice of the Fourth Stipulation is sufficient under the circumstances, and that no other or further notice need be provided; and upon and after due deliberation and cause appearing;

**IT IS HEREBY ORDERED THAT:**

    1.    The briefing deadlines set forth in the Scheduling Order, Third Stipulation, and Bankruptcy Rule 8018 are hereby modified as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

- The Appellee's response brief shall be filed and served by March 30, 2020.

- The Appellant's reply brief shall be filed by April 15, 2020.

2. The Fourth Stipulation is without prejudice to any further request to extend these deadlines by further stipulation or motion.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: New York, New York
 February 28 , 2020

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

```
The Parties are hereby ORDERED to notify the Court once they have
finalized their settlement.
```