UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MIAMI METALS I, INC., *et al.*,<br><br>                        Appellees.<br><br>FUNDACIÓN RAFAEL DONDÉ, I.A.P, *et al.*,<br><br>                        Appellant,<br><br>    v.<br><br>MIAMI METALS I, INC., *et al.*,<br><br>                        Appellees. | Civil Case No. 1:19-cv-06610 (KPF)<br><br>Lead Bankruptcy Case No. 18-13359 (SHL)<br><br>**<u>ORDER OF DISMISAL</u>** |

This matter coming to be heard on the Parties' Stipulation of Settlement and Voluntary Dismissal, and the Court having reviewed the Stipulation, and having given due consideration to this matter,

**IT IS HEREBY ORDERED THAT:**

        1.      The Stipulation is approved, and the above-captioned matter is dismissed with prejudice.

        2.      Each party shall bear its own costs and attorneys' fees in connection with this action.

Dated:  New York, New York
           March 20, 2020

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE